UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:26-00099 |
| v. | ) | JUDGE CRENSHAW |
| | ) | |
| WILLIAM JOSHUA GREER | ) | |

## WAIVER OF SPEEDY TRIAL

I, William Greer, hereby state to the Court that I have been advised by my counsel, R. David Baker, of my rights under the Speedy Trial Act, 18 U.S.C. 3161 *et seq.*, and the Plan for Prompt Disposition of Criminal Cases as adopted by this Court. I have also been advised that my speedy trial date is October 13, 2026 and that I have a qualified right to be tried before that date, if I so choose, and if for good cause I cannot be tried before that date, I have the right to be tried as soon thereafter as possible.

I understand that my attorney is filing a Motion to Continue this trial and all related deadlines, so that he/she may provide more effective representation, and as he/she believes the "ends of justice" would be furthered by such a continuance. He/She specifically believes he/she needs more time to provide me effective assistance of counsel, both in regards to trial preparation and in regards to settlement discussions.

THUS, I hereby CONSENT to having my trial continued to a later date, and in so doing I WAIVE any rights I may have under the Speedy Trial Act, and the Plan for Prompt Disposition of Criminal Cases. I specifically, knowingly and

voluntarily consent to a continuance of up to 91 days, to date convenient to the court and the United States, and I fully understand that those days will be "tolled" and will not be considered in relation to the "70-day speedy trial clock" that is established under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* I also understand that I am waiving any complaint, based on this period of delay, under the Sixth Amendment and its guarantee of a Speedy Trial.

Submitted on 10-5-26.

William J. Greer
WILLIAM GREER